No. 288. HOUSTON & TEXAS CENTRAL RAILROAD COMPANY *v.* CITY OF ENNIS ET AL. Error to the Court of Civil Appeals, Fifth Supreme Judicial District, State of Texas. Argued April 26, 1921. Decided June 1, 1921. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237, Judicial Code, as amended by the

Act of September 6, 1916, c. 448, § 2, 39 Stat. 726. See writ of certiorari denied (252 U. S. 583). *Mr. Jesse Andrews,* with whom *Mr. J. L. Gammon* and *Mr. H. M. Garwood* were on the brief, for plaintiff in error. *Mr. Rhodes S. Baker,* with whom *Mr. William Thompson* was on the brief, for defendants in error.